UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/14/2021__

C.B. et al.,

                        Plaintiffs,

   -v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                        Defendant.

No. 20-cv-6914 (MKV)

ORDER

MARY KAY VYSKOCIL, District Judge:

      IT IS HEREBY ORDERED that any motion for summary judgment shall be filed by July 6, 2021.  Responses are due July 27, 2021, and replies are due August 10, 2021.

**SO ORDERED.**

**Date:  June 14, 2021**
       **New York, NY**

_/s/ Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**