
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  8/22/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
C.B., individually and on behalf of C.M.,
a child with a disability,

                              Plaintiffs,

                  20 CIVIL 6914 (MKV)

-against-

                  **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                              Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED,** that for the reasons stated in the Honorable Mary Kay Vyskocil., United States District Judge's Opinion & Order dated August 19, 2022, Plaintiff Motion for Summary Judgment is granted and awarding attorneys' fees and costs as described in Exhibit A to this Judgment and as follows: 1) attorneys' fees in the aggregate amount of $80,818.13, 2) costs in the amount of $711.91, 3) post-judgment interest at the applicable statutory rate from the date judgment is entered. Accordingly, this case is closed.

**DATED**: New York, New York
            August 22, 2022

                                          **RUBY J. KRAJICK**

                                            Clerk of Court

                                BY: _____
                                            **Deputy Clerk**

# EXHIBIT A

| Administrative Component for Case No. 166945 | | | |
|---|---|---|---|
| **Attorney Fees** | | | |
| Name | Hourly Rate | Hours Billed | Total |
| Andrew Cuddy | $400 | 2.5 | $1,000.00 |
| Lance Salisbury | $400 | 97.7 | $39,080.00 |
| Lance Salisbury (travel) | $200 | 39.8 | $7,960.00 |
| Nina Aasen | $400 | 3.2 | $1,280.00 |
| **Paralegal Fees** | | | |
| Allison Bunnell | $100.00 | 11.90 | $1190.00 |
| Sarah Woodard | $125.00 | 2.60 | $325.00 |
| Amanda Pinchak | $125.00 | 3.60 | $450.00 |
| Shobna Cuddy | $125.00 | 2.70 | $337.50 |
| Cailin O'Donnell | $100.00 | 0.20 | $20.00 |
| John Slaski | $125.00 | 0.60 | $75.00 |
| Rebecca Mills | $100.00 | 0.60 | $60.00 |
| **Grand Total Case No. 166945** | $51,777.50 | | |

| Administrative Component for Case No. 177990 | | | |
|---|---|---|---|
| **Attorney Fees** | | | |
| Name | Hourly Rate | Hours Billed | Total |
| Andrew Cuddy | $400 | 2.5 | $1,000.00 |
| Lance Salisbury | $400 | 21 | $8,400.00 |
| Lance Salisbury (travel) | $200 | 8.3 | $1660.00 |
| Nina Aasen | $400 | 3.6 | $1,440.00 |
| **Paralegal Fees** | | | |
| Allison Bunnell | $100.00 | 5.90 | $590.00 |
| Sarah Woodard | $125.00 | 0.20 | $25.00 |
| Shobna Cuddy | $125.00 | 2.40 | $300.00 |
| Cailin O'Donnell | $100.00 | 0.30 | $30.00 |
| Amanda Pinchak | $125.00 | 6.70 | $837.50 |
| **Grand Total Case No. 177990** | $14,282.50 | | |

| Federal Proceeding | | | |
|---|---|---|---|
| Attorney Fees | | | |
| Name | Hourly Rate | Hours Billed | Total |
| Andrew Cuddy | $400 | 6.2 | $2,480.00 |
| Kevin Mendillo | $250 | 54.3 | $13,575.00 |
| Michael Cuddy | $400 | 4.4 | $1,760.00 |
| Paralegal Fees | | | |
| Shobna Cuddy | $125.00 | 10.90 | $1,362.50 |
| Cailin O'Donnell | $100.00 | 5.00 | $500.00 |
| | | | |
| Total | $19,677.50 | | |
| 25% Reduction | $19,677.50 * .75 | | |
| **Grand Total Federal Proceeding** | **$14,758.13** | | |

| Costs | | |
|---|---|---|
| | Case No. 166945 | Case No. 177990 |
| Fax | $58.00 | $4.00 |
| Postage | $14.48 | $1.88 |
| Printing | $232.05 | $1.50 |
| | | |
| Total | $304.53 | $7.38 |
| Federal Costs | $400.00 | |
| **Grand Total of Costs** | **$711.91** | |